UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WATERROWER, INC.                          :
                                          :
         *Plaintiff*                       :
   vs.                                    :
                                          :  C.A. No. 1:24-cv-00458-MSM-PAS
                                          :
THE TWIN CITY FIRE INSURANCE              :
COMPANY                                   :
                                          :
         *Defendant*                       :

### JOINT STATUS REPORT

Now come the parties, WaterRower, Inc., and Twin City Fire Insurance Company, and hereby file a joint status report as requested by the Court in its Order of September 16, 2025 [Doc 18]. The parties have mediated the dispute, and it has resolved. The parties are in the process of finalizing the settlement agreement and anticipate filing a joint dismissal stipulation with the Court in October 2025.

Respectfully Submitted,                          Respectfully Submitted,

Plaintiff, WaterRower, Inc.                       Defendant, Twin City Fire Ins. Comp.
by its Attorney,                                  by its Attorney,


/s/ *Christopher J. O'Connor*                      /s/ *David A. Grossbaum*
Christopher J. O'Connor, Esq. (5078)              David A. Grossbaum, Esq. (6742)
BLISH & CAVANAGH, LLP                             HINSHAW & CULBERTSON LLP
30 Exchange Terrace                               56 Exchange Terrace
Providence, RI 02903                              Providence, RI 02903
cjo@blishcavlaw.com                               dgrossbaum@hinshawlaw.com