UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WATERROWER, INC.                          :
                                          :
          *Plaintiff*                     :
                                          :
vs.                                       :
                                          :    C.A. No. 1:24-cv-00458-MRD-PAS
                                          :
THE TWIN CITY FIRE INSURANCE              :
COMPANY                                   :
                                          :
          *Defendant*                     :

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff WaterRower, Inc., and Defendant

Twin City Fire Insurance Company hereby stipulate and agree that the above-captioned

complaint is dismissed with prejudice, and without costs or attorney's fees to either party, and

waiving all rights of appeal.


Respectfully submitted:                   Respectfully submitted:

WaterRower, Inc.,                         Twin City Fire Insurance Company
Plaintiff                                 Defendant
By Its Attorney,                          By Its Attorney,


*/s/ Christopher J. O'Connor*             */s/ David A. Grossbaum*
Christopher J. O'Connor, Esq. (#5078)     David A. Grossbaum, Esq. (#6742)
Blish & Cavanagh LLP                      Athony S. Aprea, Esq. (#9071)
Commerce Center                           Hinshaw & Culbertson LLP
30 Exchange Terrace                       56 Exchange Terrace
Providence, RI 02903                      Providence, RI 02903
Telephone: 401-831-8900                   Telephone: 401-751-0842
Facsimile:  401-751-7542                  Facsimile: 401-751-0072
cjo@blishcavlaw.com                       dgrossbaum@hinshawlaw.com
                                          aaprea@hinshawlaw.com


Dated:  October 24, 2025

1

00071\326690440.v1

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on October 24, 2025.

*/s/ Christopher J. O'Connor*

00071\326690440.v1